USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENZER BELL,

              Plaintiff,

-against-

ANDREW MICHAEL KOSS, a/k/a MICHAEL KOSS, DR. KAIN KUMAR, SHARMINI KUMAR, JOHN DOE, EXOTIC EURO CARS, and "ABC CORPORATIONS" being unknown, and fictitious at this time,

              Defendants.

17 Civ. 7762 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

    On January 22, 2020, Plaintiff, who is proceeding *pro se*, moved for leave to amend the complaint. ECF No. 121. As the Court explained in its order dated December 5, 2019, this action is stayed pursuant to 11 U.S.C. § 362, and any request to lift that stay must be made to the bankruptcy court, not to this Court. December 5 Order at 2, ECF No. 119. The automatic stay imposed by 11 U.S.C § 362 prevents the "continuation, including the issuance or employment of process," of this action. That means that Plaintiff cannot amend the complaint. *See, e.g.*, *Sanchez v. El Rancho Sports Bar Corp.*, No. 13 Civ. 5119, 2015 WL 3999161, at *2 (S.D.N.Y. June 30, 2015) ("[B]ecause of the bankruptcy stay, Plaintiffs cannot amend the Complaint."). Indeed, until Exotic Euro Cars' bankruptcy case has concluded, the *only* filings made in this matter should be the status letters ordered by the Court in its December 5 Order. December 5 Order at 3–4.

    Accordingly, Plaintiff's motion is DENIED. The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 22, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge