December 5, 2021

Hon. Judge Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan Federal Courthouse
500 Pearl Street
New York, New York 10007

<u>Via First Class United States Mail, Email, And Facsimile</u>

**APPLICATION FOR ADJOURNMENT, OR ENLARGEMENT OF TIME BY WAY OF MEMO ENDORSED ORDER**

Dear Judge Torres,

The Plaintiff respectfully [Renzer Bell v. Andrew Michael Koss, Dr. Kain Kumar et al. case no. **17 CV 07762(ANT)(DCF)** seeks leave of the Court for an adjournment, or enlargement of his time to file documents seeking default judgment against the defendants Andrew Michael Koss, and Exotic Euro Cars.

The previously ordered date was <u>December 6, 2021</u>, and the Plaintiff has not previously sought the relief sought in the instant application. The defendants in the instant action are in default as determined by the Clerk of Court an evinced by Certificates of Default.

The additional time sought is necessitated by the intermittent functioning of the Plaintiff's computer which began approximately two (2) weeks ago, and the resultant unpredictable productivity associated with same.

The nearest service center for "vintage" Apple Mac Book computers is approximately seventy-five (75) miles away, and likely will necessitate taking the computer out of service for several days.

WHEREFORE, the Plaintiff respectfully seeks leave of this Court for an Order, pursuant to Local Civil Rules Local Civil Rules 6.1, 6.2, 6.4, and 7.1, and Federal Rule of Civil Procedure 6granting the Plaintiff until <u>January 8, 2022</u> to complete the filing of the default judgment motion by Order To Show Cause with the Clerk of Court, and granting such other and further relief as the Court deems just, and equitable.

Thank you for your attention, and consideration.

Respectfully,

*/s/ Renzer Bell II*

Renzer Bell
(512)553-7773
(253)528-6971
