January 8, 2022

Hon. Judge Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel P. Moynihan Federal Courthouse
500 Pearl Street
New York, New York 10007

<u>Via First Class United States Mail, Email, And Facsimile</u>

**APPLICATION FOR ADJOURNMENT, OR ENLARGEMENT OF TIME BY WAY OF MEMO ENDORSED ORDER**

Dear Judge Torres,

The Plaintiff respectfully [Renzer Bell v. Andrew Michael Koss, Dr. Kain Kumar et al. case no. **17 CV 07762(ANT)(DCF)** seeks leave of the Court for a brief adjournment, or enlargement of his time to file documents seeking default judgment against the defendants Andrew Michael Koss, and Exotic Euro Cars.

The original date ordered by the Court was <u>December 6, 2021</u>.

The Plaintiff previously sought leave of the Court for an adjournment, or enlargement on one (1) occasion, and the application was granted thereby extending the deadline to file the documents until <u>January 8, 2022</u>.

The Plaintiff sought to cure the functional issues of the MacBook Pro by using a firm identified as being part of the "Apple Consultants Network", and not an Apple Authorized Repair Partner. The firm, Mac + PC Tech Pro, required two (2) service engagements to make repairs, and replace parts since the first attempt did not cure the malfunction, and the last service engagement completed on Friday, January 7, 2022.

The Plaintiff might yet meet the adjourned deadline of January 8, 2022, however the voluminous submission requires multiple scans of not more than ten (10) megabytes to meet the throughput maximum of the Pro Se digital filing utility, and the Plaintiff is attempting to understand how to use his scanner to produce a submission that will be simple to identify, and file when it reaches the Pro Se Intake Unit. The Plaintiff's new Xerox DocuMate 6440 scanner creates quality reproductions but in large file sizes.

The additional time sought is calculated to prevent the Plaintiff from being in violation of the Court's directives without approaching the Court to explain the circumstance before the deadline passed.

WHEREFORE, the Plaintiff respectfully seeks leave of this Court for an Order, pursuant to Local Civil Rules Local Civil Rules 6.1, 6.2, 6.4, and 7.1, and Federal Rule of Civil Procedure 6granting the Plaintiff until <u>January 15, 2022</u> to complete the filing of the

default judgment motion by Order To Show Cause with the Clerk of Court, and granting such other and further relief as the Court deems just, and equitable.

Thank you for your attention, and consideration.

Respectfully,

*Renzer Bell*

Renzer Bell
(512)553-7773
(253)528-6971

Encl.

## Receipt Confirmation

**do_not_reply** <do_not_reply@payments.intuit.com>   12/31/2021 2:35 PM
**To** 1031exchangetrust@comcast.net

Reply    Forward    Delete

---

### MAC+ PC TECH PRO Inc.

630 May St, Jacksonville, FL 32204

+1 9043875370

# Receipt
Other

INVOICE #57296
2021-12-31
02:35 PM

## $282.10

Invoice #57296

| | |
|---|---|
| Amount | $282.10 |
| Paid | $282.10 |

Due 2021-12-31

| | |
|---|---|
| Total | $282.10 |

### MAC+ PC TECH PRO Inc.

630 May St, Jacksonville, FL 32204

+1 9043875370

services@syn.desi

powered by



Sent using QuickBooks GoPayment.
Get the app to take payments on-the-go with your mobile device.

 

Renzer Bell MacBook Pro 1...

**MAC+ PC TECH PRO Inc.**
630 May St
Jacksonville, FL  32204 US
+1 9043875370
services@syn.desi
www.mactechpro.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Renzer Bell<br>5736 Cleveland Road<br>Jacksonville, FL  32209 | Renzer Bell<br>5736 Cleveland Road<br>Jacksonville, FL  32209 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 57306 | 01/07/2022 | $139.75 | 01/07/2022 | Due on receipt | |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/07/2022 | Flat-rate Project | Option D Option Available Upon Request!<br><br>MacBook Pro 13 inch Trackpad Replacement:<br>Do take apart.<br>Remove bad part.<br>Install replacement Trackpad.<br>Replace Track Pad Cable as needed.<br>Test and verify.<br>90 Day Parts and Labor Warranty without VIP Pro Care*<br>Eligible up to 3 year Parts and labor warranty with VIP Pro Care*<br><br>(* Eligible devices are devices repaired or purchased from Mac+PC Tech Pro up to 1 years maximum with active VIP Pro Care. Warranty covers parts and labor but is limited to defects and workmanship. Such issues as Spillage, Electrical, and accidental damage is not covered.)<br><br>This option is derived from conversation with client while going over the 3 options! | 1 | 130.00 | 130.00T |

SUBTOTAL 130.00
TAX 9.75
TOTAL 139.75
BALANCE DUE **$139.75**