UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RENZER BELL,

                       Plaintiff,                                   **17-CV-7762 (AT) (VF)**

      -against-                                   **ORDER SCHEDULING CASE**
                                                                        **MANAGEMENT CONFERENCE**

ANDREW MICHAEL KOSS, a/k/a MICHAEL KOSS,
DR. KAIN KUMAR, SHARMINI KUMAR,
JOHN DOE, EXOTIC EURO CARS, and "ABC
CORPORATIONS" being unknown, and fictitious
at this time,

                                  Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A Case Management Conference in this matter is hereby scheduled for **Thursday, June 2, 2022, at 2:00 p.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:     New York, New York
                 May 17, 2022

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge