**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RENZER BELL,

                                    Plaintiff,

                    -against-

ANDREW MICHAEL KOSS, a/k/a MICHAEL KOSS,
DR. KAIN KUMAR, SHARMINI KUMAR,
JOHN DOE, EXOTIC EURO CARS, and "ABC
CORPORATIONS" being unknown, and fictitious
at this time,

                                    Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/2/2022

17-CV-07762 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On November 30, 2022, the Court scheduled a case management conference in this matter for **December 15, 2022**. Previously, the Honorable Analisa Torres had ordered Plaintiff to move for default judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure by **December 6, 2021**. See ECF No. 152. Plaintiff obtained a Clerk's Certificate of Default, which is required before moving for default judgment, as to Defendant Andrew Michael Koss on December 29, 2017 (ECF No. 24) and as to defendant Exotic Euro Cars on December 1, 2021 (ECF No. 156).

However, Plaintiff has not yet filed a motion for default judgment. In accordance with Judge Torres's individual rules, Plaintiff should file the following documents in order to move for default judgment:

1. A proposed order to show cause for default judgment;

2. An affidavit or declaration signed by a party with personal knowledge (i.e., not the attorney in the action except in limited circumstances), which sets forth a statement of

proposed damages and the basis for each element of damages, including a step-by-step explanation of each calculation; and

3. An affidavit or declaration in support of the order.

    a. The affidavit or declaration shall set forth:

        i. The basis for entering a default judgment, including a description of the method and date of service of the summons and complaint;

        ii. The procedural history beyond service of the summons and complaint, if any;

        iii. The legal basis, including citations to appropriate authorities, for a finding of liability based on the allegations in the complaint;

        iv. The proposed damages and the basis for each element of damages, including interest, attorneys' fees, and costs; and

        v. Legal authority for why an inquest into damages would be unnecessary, if applicable.

    b. The affidavit or declaration shall include as attachments:

        i. A proposed default judgment;

        ii. A Certificate of Default from the Clerk of Court;

        iii. Copies of all of the pleadings; and

        iv. A copy of the affidavit of service of the summons and complaint.

In the upcoming conference on December 15, 2022, the Court will address Plaintiff's anticipated default judgment motion. If Plaintiff requires assistance in understanding any of the procedural rules of this Court, or any aspect of this Order, Plaintiff should visit www.nysd.uscourts.gov/prose, or call the *Pro Se* Intake Unit at (212) 805-0175.

**SO ORDERED.**

DATED:        New York, New York
              December 2, 2022


_____
VALERIE FIGUEREDO
United States Magistrate Judge