UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RENZER BELL,

                Plaintiff,

-against-

ANDREW MICHAEL KOSS, a/k/a MICHAEL KOSS,
JOHN DOE, EXOTIC EURO CARS, and "ABC
CORPORATIONS" being unknown, and fictitious
at this time,

                Defendants.

----------------------------------------------------------------X

17-CV-07762 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The status conference scheduled for **Monday, November 6, 2023**, at 10:30 a.m. is hereby adjourned.

      **SO ORDERED.**

DATED:    New York, New York
              November 3, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge