**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RENZER BELL,

                      Plaintiff,

                                17 **CIVIL** 7762 (AT)(VF)

        -against-                          **DEFAULT JUDGMENT**

ANDREW MICHAEL KOSS, a/k/a MICHAEL KOSS,
JOHN DOE, EXOTIC EURO CARS, and "ABC
CORPORATIONS" being unknown, and fictitious
at this time,
                      Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Report and Recommendation dated November 6, 2023 and the Court's Order dated December 12, 2023, the Court ADOPTS Judge Figueredo's R&R in its entirety. Plaintiff's motion for default judgment is GRANTED. Default judgment is entered in favor of Plaintiff Renzer Bell, against Defendants Exotic Euro Cars and Andrew Michael Koss with respect to each of Plaintiff's causes of action in the complaint. Plaintiff is awarded $53,380 in compensatory damages broken down as follows: $9,160 for breach of the First Agreement; $580 for breach of the Second Agreement; $1,580 for breach of the Third Agreement; $4,580 for breach of the Fourth Agreement; $3,160 for breach of the Fifth Agreement; $4,580 for breach of the Sixth Agreement; $9,160 for breach of the Seventh Agreement; and $20,580 for breach of the Eighth Agreement. Additionally, prejudgment interest at the statutory rate of 9% amounting to $44,540.86.

**DATED**: New York, New York

 December 12, 2023

                **RUBY J. KRAJICK**
                **Clerk of Court**

            **BY: _____**
                **Deputy Clerk**