```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENZER BELL,

          Plaintiff,

-against-

ANDREW MICHAEL KOSS, a/k/a MICHAEL KOSS, DR. KAIN KUMAR, SHARMINI KUMAR, JOHN DOE, EXOTIC EURO CARS, and "ABC CORPORATIONS" being unknown, and fictitious at this time,

          Defendants.

17 Civ. 7762 (AT) (VF)

**ORDER**

ANALISA TORRES, District Judge:

      On November 27, 2023, the Court extended the time to file objections to the Honorable Valerie Figueredo's report and recommendation, directing the parties to file any objections by December 11, 2023. ECF No. 191. By letter dated December 7, 2023, Plaintiff *pro se* requested a further extension. *See* ECF No. 195. However, the letter was not docketed until after the Court had entered an order on December 12, 2023, and the Clerk had entered a corresponding default judgment. ECF Nos. 192–93.

      Accordingly, the default judgment at ECF No. 193 and the Court's December 12, 2023 order at ECF No. 192 are VACATED. Plaintiff's request for an extension of time to file objections to the Honorable Valerie Figueredo's report and recommendation, ECF No. 194, is GRANTED. By **January 8, 2024**, the parties shall file any objections.

      The Clerk of Court is directed to terminate the motion at ECF No. 194 and mail a copy of this order to Plaintiff *pro se.*

      SO ORDERED.

Dated: December 20, 2023
       New York, New York

ANALISA TORRES
United States District Judge