UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RENZER BELL,

                       Plaintiff,

      -against-                                              17 **CIVIL** 7762 (AT)(VF)

**DEFAULT JUDGMENT**

ANDREW MICHAEL KOSS, a/k/a MICHAEL KOSS,
JOHN DOE, EXOTIC EURO CARS, and "ABC
CORPORATIONS" being unknown, and fictitious
at this time,

                       Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2024, the Court has ADOPTED Judge Figueredo's R&R except to the extent stated in the order. Plaintiff's motion for default judgment is GRANTED. Judgment is entered for Plaintiff and against the Defaulting Defendants consistent with the order and the R&R, specifically: $64,480 for breach of the First Agreement; $580 for breach of the Second Agreement; $1,580 for breach of the Third Agreement; $4,580 for breach of the Fourth Agreement; $60,090 for breach of the Fifth Agreement; $4,580 for breach of the Sixth Agreement; $19,660 for breach of the Seventh Agreement; and $20,580 for breach of the Eighth Agreement. Additionally, prejudgment interest at the statutory rate of 9% calculated from September 6, 2014, to the date of entry of judgment in this case, in the amount of $158,212.99; accordingly, the case is closed.

**Dated:**  New York, New York

       August 27, 2024

                                                            **DANIEL ORTIZ**

                                                     **Acting Clerk of Court**
                                    **BY:**

                                                            *K. Mango*
                                                             **Deputy Clerk**